UNIVERSAL GRAIN COMPANY OF N. J., PLAINTIFF-RE-
SPONDENT, v. UNITED INDUSTRIAL SYNDICATE, INC.,
DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Hannoch, Weisman, Myers, Stein & Besser* and *Mr.
Irwin I. Kimmelman* for the petitioner.

*Messrs. Simon, Jaffe & Dentsman* for the respondent.

May 25, 1964. Denied.

JOHN T. LIVINGSTON, PLAINTIFF-PETITIONER, v. MANUS
J. O'DONNELL, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 83 *N. J. Super.* 98.

*Mr. Joseph N. Dempsey* for the petitioner.

*Mr. Joseph F. Mattice, Mr. Thomas E. Durkin, Jr.* and
*Mr. William J. Gearty* for the respondent.

May 25, 1964. Denied.